[No. 7448-6-II. Division Two. March 13, 1986.]

DARREL E. BUEHLER, ET AL, *Appellants,* v. HAROLD H. SHARPE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 82–2–05897–7, Waldo F. Stone, J., entered November 9, 1983. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.